UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-133-1BO(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | ORDER TO REASSIGN |
| | : | |
| SONIA MICHELE HERRING | : | |

For good cause shown, the Clerk of Court is DIRECTED to reassign the above-captioned case to the Senior District Judge Malcolm J. Howard.

SO ORDERED.

This the 29 day of November 2010.

TERRENCE W. BOYLE
United States District Court Judge