IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-00133-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SONIA MICHELE HERRING, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's unopposed oral motion to continue her arraignment to **February 25, 2011 at 9:00 a.m.** in the Terry Sanford Federal Building in Raleigh, North Carolina.

The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This the 18th day of February, 2011.

DAVID W. DANIEL
United States Magistrate Judge